# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

134248

RONNIE E. CARTER,
      Plaintiff-Appellant,

v

H & M DEMOLITION COMPANY,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134248
COA: 274561
WCAC: 06-000115

      On order of the Court, the application for leave to appeal the May 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

t0830

Clerk